AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1828-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 22, 2004__ in __Worcester__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly transport and ship in interstate commerce a visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, which is of such conduct,

in violation of Title __18__ United States Code, Section(s) __2252(a)__.

I further state that I am a(n) __FBI Special Agent__ (Official Title) and that this complaint is based on the following facts:

set forth in the attached affidavit of Special Agent Albert D. Lamoreaux

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Date: 11-8-04        at    Worcester, MA
                            City and State

U.S. Magistrate Judge Charles B. Swartwood, III
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.