UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | *(handwritten) (4- 1828- CBS* |
| | ) | |
| v. | ) | Criminal No. _____ |
| | ) | |
| ROBERT FAFARD | ) | |

### GOVERNMENT'S MOTION TO UNSEAL
### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND CRIMINAL COMPLAINT

The United States of America hereby moves this Court to direct that the affidavit

in support of a search warrant and criminal complaint and related documents in the above-

captioned matter be unsealed.  In support of this motion, the government states that the

defendant was arrested on November 10, 2004, and that there is no further reason for the

documents the government moves to unseal to remain secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
David Hennessy
Assistant U.S. Attorney

Date: November 10, 2004

*11-10-04*
*allowed*