# FINANCIAL AFFIDAVIT

## FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☒ IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Robert Fafard

LOCATION: US District Court, Worcester

PERSON REPRESENTED: Robert Fafard

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant—Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

2252(a)

**LOCATION NUMBER:**

**DOCKET NUMBERS**
Magistrate: 04-1828-CBS
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No — Divorced
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

### ASSETS

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH:** Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: ?
DESCRIPTION: House — owes 30,000; paid 18,000 in Back Taxes; 1970 — house in shambles

### OBLIGATIONS & DEBTS

**DEPENDENTS:**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: None

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | APARTMENT OR HOME | Total Debt | Monthly Payt. |
|---|---|---|---|
| City of Worcester | | $33,000 | $0 |
| IRS | | $2,900 | $75 |
| Credit Card | | $7,900 | $50 |
| Credit Card | | $270.00 | $25 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Robert Fafard

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.