AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| ROBERT FAFARD | CASE NUMBER: 04-1828-CBS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT FAFARD
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly transporting and shipping in interstate commerce a visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, and which is of such conduct,

in violation of Title __18__ United States Code, Section(s) __2252(a)__

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

November 8, 2004 Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
8 White Birch Drive Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/8/04 | Albert D. Lamoreaux | /s/ Lamoreaux |
| DATE OF ARREST 11/10/04 | Special Agent - FBI | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Robert A. Fafard

ALIAS:

LAST KNOWN RESIDENCE: 8 White Birch Drive, Worcester, MA 01602

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: 1944 - pob not known

DATE OF BIRTH (4 digit year): 1944

SOCIAL SECURITY NUMBER (last 4 digits only): 5887

HEIGHT: 5*8"    WEIGHT: unk.

SEX: male    RACE: white

HAIR: white    EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: Green Hyundia Accent

INVESTIGATIVE AGENCY AND ADDRESS: FBI HUDSON, MA