UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-1828-CBS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

## WAIVER

Now comes the Defendant and as a condition of his release from Federal custody, hereby gives permission for pre-trial services and other law enforcement agencies working in conjunction with pre-trial services to search his premises without obtaining a warrant and without the necessity of probable cause for this search. This search would be for the sole purpose of determining whether the defendant has computers in his home, which would constitute a violation of one of the terms of the defendant's release. The defendant understands that a failure to cooperate with law enforcement officials could result in his incarceration pending resolution of this matter.

11/18/04

Robert Fafard